[No. 65664-3-I. Division One. January 17, 2012.]

THOMAS ESPINOSA ET AL., *Respondents*, v. PROJECT SERVICES CORPORATION ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-11794-6, Ronald L. Castleberry, J., entered June 24, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Leach, A.C.J., and Cox, J.

[Nos. 65714-3-I; 66275-9-I; Division One. January 17, 2012.]
66339-9-I.

THE STATE OF WASHINGTON, *Respondent*, v. KARLIE MARTIN ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 09-1-00779-1, Charles R. Snyder, J., entered July 15, 2010. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Ellington, J.

[No. 65804-2-I. Division One. January 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVIE GOLDEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-11620-1, Gregory P. Canova, J., entered May 24, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Grosse and Becker, JJ.

[No. 65818-2-I. Division One. January 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY EUGENE HEROD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03972-7, Michael Hayden, J., entered August 2, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Ellington, J.